**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1138**

In re:  ERIC WYCHE, a/k/a Little E,

Petitioner.

On Petition for Writ of Mandamus.  (3:17-cr-00021-HEH-1)

Submitted:  June 24, 2021                                    Decided:  June 28, 2021

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Eric Wyche, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Wyche petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently issued an order denying Wyche's § 2255 motion, directing the Government to respond to Wyche's motion to amend his § 2255 motion, and taking Wyche's motion to amend under advisement. Accordingly, because the district court has recently decided Wyche's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*